UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW ROWBOTTOM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RENEE BAKER, et al.,<br><br>　　　　　Respondents. | Case No. 3:20-cv-00486-RCJ-CLB<br><br>**ORDER** |

This is a habeas corpus action under 28 U.S.C. § 2254.  Petitioner has submitted an application to proceed in forma pauperis.  ECF No. 1.  Petitioner has enough money in his account to pay the filing fee of $5.00.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 1) is **DENIED**.  Petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the clerk of the court.  Failure to comply will result in the dismissal of this action.

///

///

///

///

///

1

1        IT FURTHER IS ORDERED that the clerk of the court send petitioner two copies of this
2 order.  Petitioner must make the necessary arrangements to have one copy of this order attached
3 to the check paying the filing fee.
4        DATED:   January 5, 2021.

_____
ROBERT C. JONES
United States District Judge